# United States District Court
### Northern District of New York
# CIVIL JUDGMENT

**BEVERLY J. BABCOCK**

*Plaintiff*

VS.     3:04-CV-885 (LEK/DEP)

**COMMISSIONER OF SOCIAL SECURITY**

*Defendant*

**[X] Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That upon stipulation of the parties, the final decision of the Secretary is hereby REVERSED and the case is REMANDED for rehearing **before a different administrative law judge**, pursuant to the fourth sentence of 42 USC section 405(G).

All of the above pursuant to the Order of the Honorable Magistrate Judge David E. Peebles, dated the 16th day of May, 2005.

| | |
|---|---|
| **MAY 19, 2005** | **LAWRENCE K. BAERMAN** |
| _____ | _____ |
| **DATE** | **CLERK OF COURT** |
| | s/ |
| | _____ |
| | **JOANNE BLESKOSKI** <br> **DEPUTY CLERK** |